**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roberto NAVARRO–ERUNES,**
**Defendant–Appellant.**

**No. 11–10200.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 5, 2012.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**674**

Ann L. Demarais, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Roberto Navarro–Erunes appeals from the 38–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. § 846, § 841(a)(1), and (b)(1)(B)(vii), and possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Navarro–Erunes contends that the district court abused its discretion by denying a minor role reduction based on a misconception that it lacked the authority to do so. The record reflects that the district court understood its authority to grant a downward adjustment on this basis, but found the circumstances insufficient to warrant the reduction. The district court did not clearly err by declining to award the minor-role adjustment. *See United States v. Cantrell,* 433 F.3d 1269, 1283–84 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.